IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLYN DAVIS, | ) | 8:04CV575 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| McRAE'S INC., d/b/a YOUNKERS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation and motion for dismissal, filed in two separate counterparts, and Fed. R. Civ. P. 41,

IT IS ORDERED that this matter is dismissed with prejudice, each party to bear her or its own costs.

May 31, 2005.             BY THE COURT:

                          s/ Richard G. Kopf
                          United States District Judge